UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

Charles Michael Shipley
Athena Maria Shipley
Debtor(s)

Case No. 15 B 30744

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/09/2015.

2) The plan was confirmed on 02/25/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/01/2018.

5) The case was Dismissed on 06/21/2018.

6) Number of months from filing to last payment: 33.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $16,429.91 |
| Less amount refunded to debtor | $1,545.53 |
| **NET RECEIPTS:** | **$14,884.38** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $620.52 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,620.52** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate Christ Medical Center | Unsecured | 3,836.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 3,363.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for Dire | Unsecured | 711.00 | 711.23 | 711.23 | 234.07 | 0.00 |
| Blue Island | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Blue Island Clinic Co. | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 1,000.00 | 11,210.15 | 11,210.15 | 3,689.27 | 0.00 |
| Chariot Automotive AND Towing | Unsecured | 1,325.00 | NA | NA | 0.00 | 0.00 |
| Chicago Tribune | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| Chicago Womens Health Group | Unsecured | 297.00 | NA | NA | 0.00 | 0.00 |
| Chicago Womens Health Group | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank N.A. | Unsecured | 441.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 4,500.00 | 6,574.72 | 6,574.72 | 2,163.74 | 0.00 |
| Comcast | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 306.00 | NA | NA | 0.00 | 0.00 |
| Cook County Circuit Court | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| Credit ONE BANK N.A. | Unsecured | 1,047.00 | NA | NA | 0.00 | 0.00 |
| Credit ONE BANK NA | Unsecured | 849.00 | NA | NA | 0.00 | 0.00 |
| East St. Louis Parking | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Franklin PARK Police Departmen | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Franklin PARK Police Departmen | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| GE Money BANK | Unsecured | 504.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 1,046.28 | 1,046.28 | 1,046.28 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 544.00 | 118.44 | 118.44 | 37.99 | 0.00 |
| Illinois Title Loans | Secured | 2,000.00 | 2,473.60 | 2,473.60 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 1,000.00 | 4,914.90 | 4,914.90 | 1,617.49 | 0.00 |
| IRS Priority Debt | Priority | 1,076.00 | NA | NA | 0.00 | 0.00 |
| McGrath Clinic SC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Medical Group | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Phys. Group | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Robert Mariani | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| Sinai Medical Centers | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| SLM Financial CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 1,237.00 | 1,237.27 | 1,237.27 | 360.80 | 0.00 |
| Sprint Corp | Unsecured | 419.00 | 419.86 | 419.86 | 124.18 | 0.00 |
| Sudhir M Gokhale | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Syncb/Walmart | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Tmobile | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Turner Acceptance Corporation | Unsecured | 2,461.00 | 3,008.29 | 3,008.29 | 990.04 | 0.00 |
| Village of Alsip | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Village of Oak Lawn | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of Schaumburg | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| World Financial Network Nation | Unsecured | 784.00 | NA | NA | 0.00 | 0.00 |
| World Financial Network Nation | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,473.60 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,473.60** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,046.28 | $1,046.28 | $0.00 |
| **TOTAL PRIORITY:** | **$1,046.28** | **$1,046.28** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$28,194.86** | **$9,217.58** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,620.52 |
| Disbursements to Creditors | $10,263.86 |
| **TOTAL DISBURSEMENTS :** | **$14,884.38** |

**UST Form 101-13-FR-S (9/1/2009)**

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/22/2018                  By: /s/ Marilyn O. Marshall
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**